UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

OSCAR THOMAS,

                Petitioner,

-vs-                                                                Case No.  6:05-cv-1103-Orl-22DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

                Respondents.
_____

**ORDER**

Respondents filed a Response to Petition (Doc. No. 9) to which Petitioner has responded. Respondents submitted numerous documents in support of their request to dismiss the Petition. Although Petitioner has filed a reply, Petitioner will be provided with an opportunity to file a supplemental reply to the Response.

Petitioner should not depend upon the mere allegations in his pleadings to counter the Response. Petitioner should respond with counter sworn affidavits and/or documents to set forth specific facts showing that there is a genuine issue of material fact in dispute. If Petitioner's reply to the Response does not demonstrate that there is a genuine issue of material fact, the Court may declare that the facts in the affidavits and/or documents supporting the Response are established as true and that there is no genuine issue of material fact in dispute. In that event, if the applicable law allows, Respondents will be entitled to have the case dismissed and final judgment entered in their favor based upon the pleadings, affidavits, and other documentation. In that event, there will be no

evidentiary hearing, and the case will be terminated in this Court.

Petitioner shall have **THIRTY (30) DAYS** from the date of this order to file a supplemental reply to the Response or to notify the Court he does not intend to file a supplemental reply. Thereafter, the Response will be taken under advisement by the Court and an order entered thereon without further notice.  Petitioner is again warned that an order could result in the case being terminated without any further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this 14th day of February, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 2/14
Counsel of Record
Oscar Thomas